**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**                                          **PLAINTIFF**

**VS.**                                          **CRIMINAL ACTION NO. 5:96-cr-11DCB**

**WESLEY JAMES MCDONALD,**                                          **DEFENDANT**

## ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on petition of the United States of America in accordance with the provisions of 18  U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the $4,000.00 fine imposed on February 24, 1997, in this cause; and the Court being advised, is of the opinion that the petition is well taken and all of the unpaid portion of the $4,000.00 fine imposed February 24, 1997, is hereby remitted.  The outstanding balance of the fine remaining is $250.00.

SO ORDERED this the 9th day of March, 2007.


S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE